UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-08387-MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIFFANY LORRAINE CANDOFF,

    Defendant.
_____:

<u>UNOPPOSED MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL</u>

    The Federal Public Defender, through undersigned counsel, requests this Court to terminate its appointment as counsel for Defendant, Tiffany Lorraine Candoff, and as grounds for this request would state as follows: the Office of the Federal Public Defender for the Southern District of Florida has a conflict between this client and another current client of this office. Defendant is entitled to representation from conflict-free counsel. The government is aware of the conflict and does not oppose this motion.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    *s/ Kristy Militello*
    Kristy Militello
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 0056366

450 South Australian Avenue, Suite 500<br>
West Palm Beach, Florida 33401<br>
(561) 833-6288 – Telephone<br>
Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello