UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-08387-MAYNARD

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

TIFFANY LORRAINE CANDOFF,
        Defendant.
_____:

**O R D E R**

THIS MATTER came before the Court on the Federal Public Defender's Unopposed Motion for Termination of Appointment of Counsel; and the Court being duly advised, it is hereby

ORDERED that Defendant's, Tiffany Lorraine Candoff, request to terminate The Office of the Federal Public Defender and appoint conflict free counsel is GRANTED.

ORDERED AND ADJUDGED that the Office of the Federal Public Defender's appointment as counsel in this matter is hereby terminated and the Unopposed Motion for Termination of Counsel is hereby **granted.**

DONE AND ORDERED in West Palm Beach, this _____ day of October, 2021.

_____
SHANIEK M MAYNARD
United States Magistrate Judge

cc:  Kristy Militello, AFPD
      Daniel E. Funk, AUSA

1