UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8387-SMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIFFANY LORRAINE CANDOFF,

    Defendant.
_____/

FILED BY KJZ D.C.

Oct 20, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER GRANTING UNOPPOSED MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL [DE 9]

**THIS CAUSE** is before the Court upon the Federal Public Defender's Unopposed Motion for Termination of Appointment of Counsel ("Motion") [DE 9]. The Court held a hearing on the Motion on October 20, 2021, via Zoom video teleconference (VTC). Defendant appeared at the hearing from the St. Lucie County Jail. Defendant knowingly and voluntarily and with the advice of competent counsel waived her personal presence in the courtroom on October 20, 2021 and agreed to appear by Zoom VTC from the St. Lucie County Jail. Because the Court also found that the hearing could not be delayed without serious harm to the interests of justice, the hearing was conducted by Zoom VTC.

    AFPD Kristy Militello represented in the Motion and at the hearing that the Government recently advised the Federal Public Defender that Defendant might be involved with another individual. A conflict search showed that the Federal Public Defender currently represents that related individual. Thus, the Federal Public Defender has determined that an actual conflict of interest has arisen that precludes the Federal Public Defender from representing Defendant any

1

further in this case. The Court finds that the Motion is well taken and that the Federal Public Defender can no longer ethically and effectively represent Defendant.

"When an actual conflict of interest exists, the client is denied effective assistance of counsel, and the attorney may be disqualified." *United States v. Ross*, 33 F.3d 1507, 1523 (11th Cir.1994) (internal citations omitted). In light of Ms. Militello's representation that an actual conflict of interest exists that precludes her from representing Defendant, the Court has no choice but to grant the Motion.

After hearing from Defendant's counsel, and fully reviewing the court file in this case, the Court finds that a conflict of interest precludes Ms. Militello and the Federal Public Defender's Office from further representing Defendant in this case. Therefore, the Federal Public Defender's Unopposed Motion for Termination of Appointment of Counsel [DE 9] is **GRANTED**, and the Federal Public Defender's Office and Kristy Militello, Esq., are hereby **DISCHARGED** from any further representation of Defendant. The Court hereby **APPOINTS** CJA counsel Robert Stickney, Esq., to represent Defendant in this case. Additionally, as Mr. Stickney immediately began working on Defendant's case upon notification of the Court that he would most likely be appointed to represent Defendant, this order appointing Mr. Stickney is *nunc pro tunc* to October 19, 2021.

**DONE and ORDERED** in open court at West Palm Beach, Palm Beach County, in the Southern District of Florida, on the 20th day of October 2021.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge