UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80166-CR-Ruiz/Reinhart

21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA,

v.

**TIFFANY LORRAINE CANDOFF,**

Defendant.
_____/

FILED BY ___ D.C.
OCT 21 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

**COUNT ONE**
Conspiracy to Distribute Cocaine
(21 U.S.C. § 846)

In or around September, 2021, the exact date being unknown to the Grand Jury, and continuing through on or about October 7, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**TIFFANY LORRAINE CANDOFF,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to the defendant, **TIFFANY LORRAINE CANDOFF,** it is further alleged that the controlled substances involved in the conspiracy attributed to her, as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT TWO
Attempt to Possess with Intent to Distribute Cocaine
(21 U.S.C. § 846)

On or about October 4, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**TIFFANY LORRAINE CANDOFF,**

did knowingly and intentionally attempt to possess with intent to distribute and attempt to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT THREE
Attempt to Possess with Intent to Distribute Cocaine
(21 U.S.C. § 846)

On or about October 7, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**TIFFANY LORRAINE CANDOFF,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TIFFANY LORRAINE CANDOFF**, has an interest.

2. Upon conviction for the violations of Title 21, United States Code, Section 846, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

*[signature]*
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TIFFANY LORRAINE CANDOFF

_____Defendant._____ /

CASE NO. **21-80166-CR-Ruiz/Reinhart**

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
__ Miami   __ Key West
__ FTL   ✓ WPB   __ FTP

| | | |
|---|---|---|
| New defendant(s) | Yes ___ | No ___ |
| Number of new defendants | | |
| Total number of counts | | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                   (Check only one)

   I    0 to 5 days        ✓            Petty        ____
   II   6 to 10 days       ____         Minor        ____
   III  11 to 20 days      ____         Misdem.      ____
   IV   21 to 60 days      ____         Felony       ✓
   V    61 days and over   ____

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge                                Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.    21-8387-SMM
   Related miscellaneous numbers:
   Defendant(s) in federal custody as of    October 7, 2021
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

Court No. A5501915

REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** TIFFANY LORRAINE CANDOFF    21-80166-CR-Ruiz/Reinhart

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to distribute 500 grams or more of cocaine | 21 U.S.C. §§ 841(a)(1), 846 and 841(b)(1)(B)(ii) | 5 year minimum mandatory up to 40 years in prison<br>$5,000,000 fine<br>SR: 4 years up to life<br>$100 special assessment |
| 2 | Attempt to possess with intent to distribute 500 grams or more of cocaine | 21 U.S.C. §§ 841(a)(1), 846 and 841(b)(1)(B)(ii) | 5 year minimum mandatory up to 40 years in prison<br>$5,000,000 fine<br>SR: 4 years up to life<br>$100 special assessment |
| 3 | Attempt to possess with intent to distribute 500 grams or more of cocaine | 21 U.S.C. §§ 841(a)(1), 846 and 841(b)(1)(B)(ii) | 5 year minimum mandatory up to 40 years in prison<br>$5,000,000 fine<br>SR: 4 years up to life<br>$100 special assessment |