UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80166-CR-RUIZ/REINHART

UNITED STATES OF AMERICA

v.

TIFFANY LORRAINE CANDOFF,

        **Defendant.**
_____/

## GOVERNMENT'S FIRST RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.  1.  Included within the electronic discovery files are the written and recorded statements made by the defendant. Included are text messages, audio recorded statements and video of the undercover officer's interactions with the defendant.

    2.  Also attached is the portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent or made spontaneously.

    3.  No defendant testified before the Grand Jury.

    4.  The defendant's prior criminal record is included in the electronic files provided. Her prior record is also listed in the pre-trial services report.

    5.  Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time.

|   |   |   |
|---|---|---|
|   |   | The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial. |
|   | 6. | There were no physical or mental examinations or scientific tests or experiments made in connection with this case. |
|   |   | A laboratory analysis of the substance seized in connection with this case will be made available to you upon receipt by this office. |
|   |   | A laboratory analysis report regarding the cocaine in connection with this case is included. The laboratory analysis of the suspected methamphetamine is forthcoming. |
| B. |   | DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure. |
| C. |   | The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976). |
| D. |   | The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). |
| E. |   | The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. |
| F. |   | No defendant was identified in a lineup, show up, photo array or similar identification proceedings. |
| G. |   | The government has advised its agents and officers involved in this case to preserve all rough notes. |
| H. |   | The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence. |

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. The government will, upon defense request, deliver to any laboratory presently registered with the Attorney General in compliance with 21 U.S.C. § 822 and § 823 and 21 C.F.R. 1301.13, a sufficient representative sample of any alleged contraband which is the subject of this indictment to allow independent chemical analysis of such sample.

If there is no response within ten (10) days from the date of the Certificate of Service attached hereto, the bulk of the contraband/narcotics will be destroyed. As usual, random samples will be set aside to be used as evidence at trial.

L. If you wish to inspect the Volkswagen Jetta used in the commission of the offense charged, please contact the undersigned.

Security requirements mandate strict compliance with the procedures established for the granting of access for inspection of seized vessels, aircraft and vehicles.

Accordingly, the United States Attorney's Office cannot process last-minute requests for inspection. In order to meet security requirements, all requests to inspect seized vessels, aircraft or automobiles must be received by the AUSA handling the case on or before fifteen (15) days from the date of this Response to the Standing Discovery Order.

If you anticipate that this deadline may create a problem for you or your client, please promptly send written notice to the appropriate AUSA.

M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

      N.        The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The discovery is being provided through the USAfx file sharing system. The file index was provided to defense counsel by e-mail on November 10, 2021. Please review the index and the discovery to ensure all files were transmitted. If there are any issues receiving discovery, please contact undersigned counsel.

                                           Respectfully submitted,

                                           JUAN ANTONIO GONZALEZ
                                           UNITED STATES ATTORNEY

By:      *s/Daniel E. Funk*
           Daniel E. Funk
           Assistant United States Attorney
           Court ID A5501915
           500 S. Australian Ave, Suite 400
           West Palm Beach, FL 33401
           Telephone: 305-905-7509
           Email: daniel.funk@usdoj.gov

cc:     DEA TFO Barry Kopplin

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

*s/Daniel E. Funk*
Daniel E. Funk A5501915
Assistant United States Attorney

## SERVICE LIST
United States v. TIFFANY CANDOFF
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Daniel E. Funk<br>Assistant United States Attorney<br>500 S. Australian Ave, Suite 400<br>West Palm Beach, FL 33401<br>Email: daniel.funk@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>TIFFANY CANDOFF | Robert Stickney, Esq.<br>100 SE 3rd Avenue, Suite 2210<br>Fort Lauderdale, FL 33394<br>Email: rws@stickneylaw.com<br>**via Notice of Electronic Filing generated by CM/ECF** |