UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80166-CR-RUIZ

UNITED STATES OF AMERICA,

v.

TIFFANY LORRAINE CANDOFF,

    Defendant.

## UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT

The undersigned Assistant United States Attorney, Joshua Paster, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Marx Calderon, is no longer counsel of record for the United States in this case.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

By: *s/ Joshua Paster*
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9342
E-mail: Joshua.Paster@usdoj.gov