UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-80166-RUIZ

UNITED STATES OF AMERICA,
              Plaintiff,

v.

TIFFANY CANDOFF,
              Defendant.
_____/

**NOTICE REGARDING STATUS OF PSR OBJECTIONS**

Pursuant to paragraph 3 of this Honorable Court's *Order Setting Date, Time, and Procedures for Sentencing Hearing* [ECF No. 31], defendant Tiffany Candoff respectfully files a notice reflecting the current status of her PSR objections.

1.      As documented in the PSR Addendum [ECF No. 38-1], the U.S. Probation Office has resolved all of Ms. Candoff's *factual* objections to the PSR.

2.      On July 1, 2022 Ms. Candoff amended her PSR objections. *See* ECF No. 39.

3.      On July 1, 2022 Ms. Candoff filed a *Notice Regarding Status of PSR Objections* in preparation for the original July 6, 2022 sentencing date. ECF No. 40.

4.      Ms. Candoff's objection to paragraph 38 remains outstanding.

Respectfully submitted,

s/ **Robert W. Stickney**
Robert W. Stickney / Fla. Bar No. 883130
Counsel for Defendant
100 S.E. 3rd Avenue, Suite 2210
Fort Lauderdale, Florida 33394
Ph: (954) 767-8908
E-mail:  rws@stickneylaw.com

1

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically

filed by CM/ECF this 19th day of August 2022.

Respectfully submitted,

<u>s/ **Robert W. Stickney**</u>
Robert W. Stickney / Fla. Bar No. 883130
Counsel for Defendant
100 S.E. 3rd Avenue, Suite 2210
Fort Lauderdale, Florida 33394
Ph: (954) 767-8908
E-mail:  rws@stickneylaw.com